**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**L. Henry McKELLAR, Circuit Judge for Third Judicial Circuit of South Carolina; William H. Croft, Solicitor for the Third Judicial Circuit; Charles M. Condon, Attorney General of the State of South Carolina, Defendants–Appellees.**

No. 01–6764.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Kevin L. Choice, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Choice v. McKellar,* No. CA–01–918–3 (D.S.C. Apr. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*